UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ramon R.C.,

    Petitioner,

v.

Samuel J. Olson, *Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; Kristi Noem, *Secretary of the U.S. Department of Homeland Security*; Todd Lyons, *in his official capacity as acting director of U.S. Immigration and Customs Enforcement*; and Joel Brott, *Sherburne County Jail Sheriff*,

    Respondents.

File No. 25-cv-3811 (ECT/LIB)

**ORDER**

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") dated December 30, 2025. ECF No. 21. Judge Brisbois recommends Petitioner Ramon R.C.'s Amended Petition for a Writ of Habeas Corpus [ECF No. 8] be granted to the extent he seeks a bond hearing. ECF No. 21 at 15. Respondents object to the R&R, arguing Ramon is correctly detained under 8 U.S.C. § 1225(b)(2) and thus, subject to mandatory detention. ECF No. 22. Because Respondents have objected, the R&R is subject to *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). Upon that review, I conclude Judge Brisbois's analysis and conclusions align with my own prior decisions and are correct. *See Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025); *Ahmed M. v. Bondi*, No. 25-cv-4711 (ECT/SGE), 2026 WL 25627 (D. Minn.

Jan. 5, 2026).  Therefore, based on the foregoing and on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 21] is **ACCEPTED** in full.

2. Respondents' Objection to the Report and Recommendation [ECF No. 22] is **OVERRULED**.

3. Petitioner Ramon R.C.'s Amended Petition for a Writ of Habeas Corpus [ECF No. 8] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Petition is **GRANTED** to the extend Ramon seeks a bond hearing. Respondents shall provide Ramon with a bond hearing under 8 U.S.C. § 1226(a) within seven (7) days.

    b. The Petition is **DENIED** to the extent Ramon seeks his immediate release.

4. Petitioner Ramon R.C.'s initial Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 2] is **DENIED AS MOOT**.

5. Petitioner Ramon R.C.'s Amended Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 10] is **DENIED** to the extent it seeks an order precluding Respondents from transferring Petitioner out of this District during the pendency of this action.  The remainder of the motion is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 7, 2026                              s/ Eric C. Tostrud
                                                     Eric C. Tostrud
                                                     United States District Court