# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Ramon Ruelas Castellano, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 25-cv-3811 ECT/LIB |
| Samuel J. Olson, Kristi Noem, Todd Lyons, Joel Brott, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 21] is **ACCEPTED** in full.

2. Respondents' Objection to the Report and Recommendation [ECF No. 22] is **OVERRULED**.

3. Petitioner Ramon R.C.'s Amended Petition for a Writ of Habeas Corpus [ECF No. 8] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Petition is **GRANTED** to the extend Ramon seeks a bond hearing. Respondents shall provide Ramon with a bond hearing under 8 U.S.C. § 1226(a) within seven (7) days.

    b. The Petition is **DENIED** to the extent Ramon seeks his immediate release.

4. Petitioner Ramon R.C.'s initial Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 2] is **DENIED AS MOOT**.

5. Petitioner Ramon R.C.'s Amended Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 10] is **DENIED** to the extent it seeks an order precluding Respondents from transferring Petitioner out of this District during the pendency of this action. The remainder of the motion is **DENIED AS MOOT**.

Date: 1/8/2026

KATE M. FOGARTY, CLERK